

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00074-CR

_____

JERRY LEE EDWARDS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 11-F-0068-202

Before Morriss, C.J., Moseley and Burgess, JJ.

ORDER

Appellant Jerry Lee Edwards was convicted of driving while intoxicated, third offense or more, and was sentenced to nine years' imprisonment. On September 26, 2018, Edwards' court-appointed appellate counsel, Butch Dunbar, filed an *Anders*[1] brief, and on October 3, 2018, Edwards filed his pro se motion for access to the record. Pursuant to *Kelly v. State*, 436 S.W.3d 313, 321–22 (Tex. Crim. App. 2014), we are now required to enter an order specifying the procedure to be followed to ensure Edwards' access to the record. This order is intended to accomplish that goal.

Dunbar advised this Court that on October 9, 2018, he mailed a complete paper copy of the appellate record to Edwards. Allowing a generous fifteen days for that record to be delivered to Edwards and giving Edwards thirty days to prepare and file his pro se response, we hereby set November 26, 2018, as the deadline for Edwards to file his pro se response to Dunbar's *Anders* brief.

IT IS SO ORDERED.

BY THE COURT

DATE:        October 10, 2018

---

[1]*See Anders v. California*, 386 U.S. 738 (1967).